UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWIN CRUZ

     v.                              C.A.  09-523ML

A.T. WALL, et al

## ORDER

The Findings and Recommendation of United States Magistrate Judge

Jacob Hagopian  dated February 10, 2010 in the above-captioned matter is accepted

pursuant to Title 28 United States Code § 636(b)(1).   The Plaintiff's Motion

to Proceed In Forma Pauperis is DENIED and the Complaint is dismissed.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
March 4 , 2010

Entered as an Order of this Court on March 12 , 2010

Deputy Clerk